Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
15 W. South Temple, Suite 950
Salt Lake City, Utah 84101
Telephone: 801.658.6100

# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA KYUNG AH FLOCK, AN INDIVIDUAL,<br><br>Plaintiff,<br><br>vs.<br><br>TELEPERFORMANCE, a Paris, France corporation; TELEPERFORMANCE USA, a Utah corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. CV 23-9343-GW-PVCx<br><br>**ORDER MODIFYING PRETRIAL SCHEDULE**<br><br>District Judge George H. Wu<br>Magistrate Judge Pedro V. Castillo<br><br>Complaint Filed: August 11, 2023<br>Removed: November 6, 2023<br>Trial Date: None Set |

1

The Court, having considered the Parties' Joint Stipulation and Request to Modify Pretrial Schedule (the "Stipulation"), and for good cause having been shown, hereby orders that the pretrial schedule and scheduling order (Docket No. 27) is modified as follows:

| | |
|---|---|
| Fact Discovery Cut-off: | January 14, 2025 |
| Expert Discovery Cut-Off: | February 11, 2025 |
| Mediation to be completed by: | October 29, 2024 |
| Last Day for the Court to hear motions: | April 7, 2025 |
| Final Pretrial Conference: | May 15, 2025 at 8:30 a.m. |
| Jury Trial will begin on: | May 27, 2025 at 9:00 a.m. |

**There will be no further continuances granted.**

IT IS SO ORDERED.

DATED: October 15, 2024.

*/s/ George H. Wu*
_____
HON. GEORGE H. WU,
United States District Judge