JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA KYUNG AH FLOCK, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TELEPERFORMANCE, a Paris, France corporation; TELEPERFORMANCE USA, a Utah corporation; and DOES 1-10, inclusive.<br><br>　　　　Defendants. | Case No. CV 23-9343-GW-PVCx<br><br>**ORDER GRANTING JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE PER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A) (ii)**<br><br>Judge George H. Wu<br>Magistrate Judge Pedro V. Castillo<br>Complaint Filed: 08/11/2023<br>Trial Date: 05/26/2025 |

　　After full consideration of the parties' Joint Stipulation Dismissing Action With Prejudice Per Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and good cause appearing, the Court ORDERS this action be dismissed in its entirety, with prejudice.

　　IT IS SO ORDERED.

DATED: March 24, 2025.

　　　　　　　　　　　　　　　　*/s/ George H. Wu*
　　　　　　　　　　　　　　　　————————————————
　　　　　　　　　　　　　　　　HON. GEORGE H. WU,
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE